UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  AU:21-CR-00048(14)-LY |
| | § | |
| (14) Cody Richards | § | |

## ORDER OF TEMPORARY DETENTION

| Place:         BY VIDEO | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Mark Lane | Date and Time: May 17, 2021 at 02:30 PM |

**IT IS ORDERED** that this case is set for a **DETENTION HEARING BY VIDEO TELECONFERENCE** on **May 17, 2021 at 02:30 PM.** Video teleconference information will be sent to counsel of record. Members of the public wishing to attend should contact Courtroom Deputy Amanda Deichert at Amanda_Deichert@txwd.uscourts.gov. Pursuant to Rule AT-5(l) of the Local Court Rules of the United States District Court for the Western District of Texas, photographing, broadcasting, or televising any judicial proceeding or any person directly or indirectly involved in a proceeding, whether court is in session or not, in or from any part of a United States Courthouse, is prohibited, except with the permission of the judge presiding.

**IT IS FURTHER ORDERED** that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office no less than three days before the date of the hearing.

Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If the defendant chooses to waive the hearing, a written waiver (attached) **must be signed by defendant and defendant's counsel and filed by 4:00 p.m. the day before scheduled hearing**.

**SIGNED** on May 12, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: AU:21-CR-00048(14)-LY |
| § | |
| (14) Cody Richards § | |
| *Defendant* | |

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (14) Cody Richards, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____
*Defendant*

Respectfully submitted,

_____
*Date*

_____
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the \_\_\_\_\_ day of _____, 20\_\_\_\_.

_____
*Attorney for Defendant*